No. 4817.—Monge, etc., apltes., *v.* Banco Popular de Economías y Préstamos, apldo.— C. D. San Juan. Dic. 24, 1928.

Por cuanto la apelación en este caso se interpuso desde junio 8, 1927, y no se han radicado aún los autos en esta Corte Suprema;

Por cuanto si bien se solicitaron por la parte apelante en la corte sentenciadora prórrogas para preparar la transcripción de la evidencia, algunas de ellas no fueron concedidas, siéndolo en tal virtud fuera de término las subsiguientemente acordadas; y

Por cuanto solicitada la desestimación de la apelación por tal motivo, nada ha objetado la parte apelante, que fué notificada de la moción y citada para la vista de la misma;

Por tanto, de acuerdo con la ley y la jurisprudencia aplicables, se desestima el recurso.

No. 3610.—El Pueblo, apldo., *v.* Cumpiano, aplte.— C. D. Aguadilla. Dic. 24, 1928.

Por cuanto, el único fundamento del presente recurso de apelación consiste en un supuesto error en la apreciación de la prueba por parte de la corte inferior, y,

Por cuanto, después de un detenido examen de la transcripción de la evidencia no encontramos ningún error tan manifiesto que exija una revocación de la sentencia apelada;

Por tanto, se confirma la sentencia apelada.